**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LOIS WHITE )<br><br>    Plaintiff, )<br><br>v. )<br><br>THORNTONS LLC, a Delaware limited )<br>liability company )<br><br>    Defendant. ) | Case No. 1:24-cv-06935<br><br>Honorable Edmond E. Chang |

## <u>NOTICE OF SETTLEMENT DISCUSSIONS</u>

Plaintiff, Lois White, by and through her counsel, respectfully notifies the Court that the Parties are currently discussing early resolution of the above-captioned matter. The Parties respectfully request that all upcoming deadlines, including Defendant's Answer deadline of September 27, 2024, be adjourned thirty (30) days so the Parties can focus on resolving this matter.

Respectfully submitted,

CASS LAW GROUP, P.C.

/s/ Angela C. Spears
Angela C. Spears
CASS LAW GROUP, P.C.
20015 S. LaGrange Rd #1098
Frankfort, IL 60423
T: (872) 329-4844
E: aspears@casslawgroup.com
*Counsel for Plaintiff*

Dated: September 24, 2024