**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LOIS WHITE )<br><br>        Plaintiff, )<br><br>v. )<br><br>THORNTONS LLC, a Delaware limited liability company )<br><br>        Defendant. ) | Case No. 1:24-cv-06935<br><br>Honorable Edmond E. Chang |

## STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff, Lois White, and Defendant, Thorntons LLC., notify the Court that the Parties have resolved the matter, and hereby stipulate and agree to the voluntary dismissal of this matter, including any and all pending claims in this matter, with prejudice without cost to either party.

Respectfully submitted,


CASS LAW GROUP, P.C.                         MARON MARVEL BRADLEY
                                             ANDERSON & TARDY


/s/ Angela C. Spears_____               /s/ Dan Alexander_____
Angela C. Spears                            Dan Alexander
20015 S. LaGrange Rd., #1098                191 N. Wacker Dr., Suite 2950
Frankfort, IL 60423                         Chicago, IL 60606
T: (847) 329-4844                           T: (312) 579-2030
E: aspears@casslawgroup.com                 E: dalexander@maronmarvel.com
*Counsel for Plaintiff*                     *Counsel for Defendant*

Dated: November 20, 2024

1